IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CORNELIA BENSON and JUDY KIEFFER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ASURION CORPORATION and ASURION INSURANCE SERVICES, INC.,<br><br>    Defendants. | Case No. 3:10-cv-526<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Conditional Certification of a Collective Action filed by the plaintiffs (Docket No. 37) is **GRANTED**. The court conditionally certifies a collective action for a class consisting of "[a]ll individuals who performed uncompensated work since May 28, 2007 at Asurion's call centers in Nashville, Tennessee." (Docket No. 1 ¶ 13.)

The defendants are ordered to provide the plaintiffs with a list of names and last known addresses of hourly employees who have used the telephone-based timekeeping system at Asurion's call centers in Nashville, Tennessee between May 28, 2007 and the present, except for those employees who previously opted into the class in *Shabazz v. Asurion Insurance Service*, Case No. 3:07-0653 (M.D. Tenn.).

The parties shall confer and shall, by December 13, 2010, file with the court agreed notice and consent forms. If the parties are unable to agree, the defendants shall file their objections to the plaintiffs' proposed forms by the same deadline.

It is so Ordered.

Entered this 29th day of November 2010.

ALETA A. TRAUGER
United States District Judge