Motion DENIED as Moot.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **CORNELIA BENSON AND JUDY KIEFFER**, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ASURION, LLC and ASURION INSURANCE SERVICES, INC.**,<br><br>    Defendants. | CIVIL ACTION<br><br>CASE NO. 3:10-cv-00526<br><br>District Judge Aleta Trauger |

## MOTION TO FILE JOINT STIPULATION OF SETTLEMENT UNDER SEAL

COME NOW Named Plaintiffs Cornelia Benson and Judy Kieffer ("Named Plaintiffs"), on behalf of themselves and other Opt-In Plaintiffs (collectively, "Plaintiffs"), and Defendants Asurion, LLC and Asurion Insurance Services, Inc. (collectively, "Defendants" or "Asurion") and respectfully request the Court's permission to file the parties' Joint Stipulation of Settlement ("Joint Stipulation") and related Exhibit A under seal. In support thereof, the parties state as follows:

1. The parties have reached a settlement, conditioned upon this Court's approval and entry of a Final Order. The terms of the settlement have been formalized in the Joint Stipulation.

2. The parties intend to file a Joint Motion for Approval of Class Settlement ("Motion for Approval"), along with the Joint Stipulation and related Exhibit A, which reflects the specific monetary payments to each Plaintiff.

3. The parties agree that confidentiality is a key term of the Joint Stipulation, and as part of their proposed settlement, agree not to disclose the terms of the Joint Stipulation to anyone other than their immediate family members, tax, and/or legal advisors, unless otherwise